UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN HOLLAND,<br><br>      Plaintiff,<br>v.<br><br>PROTECTION ONE ALARM MONITORING, INC., a Delaware corporation,<br><br>      Defendant. | NO. 2:15-cv-00259-RSM<br><br>PRAECIPE TO ISSUE SUMMONS |

  Plaintiff respectfully requests that the Clerk of this Court issue the Summons filed with this Praecipe.

  Dated this 20th day of February, 2015.

        GORDON THOMAS HONEYWELL LLP


        By: /s/ James W. Beck
          James W. Beck, WSBA No. 34208
          jbeck@gth-law.com
          Stephanie Bloomfield, WSBA No. 24251
          sbloomfield@gth-law.com
          Christopher T. Wall, WSBA No. 45873
          cwall@gth-law.com
          Attorneys for Plaintiff

PRAECIPE TO ISSUE SUMMONS - 1
(2:15-cv-00259-RSM)
[100104974]

Law Office
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

# UNITED STATES DISTRICT COURT
for the

Western District of Washington ▼

|  |  |  |
|---|---|---|
| JOHN HOLLAND | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 2:15-cv-00259-RSM |
| PROTECTION ONE ALARM MONITORING, INC., a Delaware corporation | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
                PROTECTION ONE ALARM MONITORING, INC.
                c/o CT Corporation System (Registered Agent)
                505 Union Ave. SE, Suite 120
                Olympia,WA  98501

       A lawsuit has been filed against you.

       Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
                JAMES W. BECK
                STEPHANIE BLOOMFIELD
                CHRISTOPHER T. WALL
                GORDON THOMAS HONEYWELL LLP
                1201 PACIFIC AVE., SUITE 2100
                TACOMA, WA  98402

       If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                             *CLERK OF COURT*

Date: _____                                                       _____
                                                                                         *Signature of Clerk or Deputy Clerk*

Civil Action No. 2:15-cv-00259-RSM

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____
                                                                             *Server's signature*

                                                                             *Printed name and title*

                                                                             *Server's address*

Additional information regarding attempted service, etc: